# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

LYNDAL KENNETH WILKINS,

    Petitioner,

v.                                  Case No.  3:18-cv-1361-LC-MJF

SECRETARY OF FLORIDA DOC,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 1, 2021. (Doc. 23). The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

    Having considered the Report and Recommendation and the objections thereto, I conclude that the Report and Recommendation should be adopted.

    Accordingly, it is **ORDERED**:

1.     The Magistrate Judge's Report and Recommendation (Doc. 23), is adopted and incorporated by reference in this Order.

2.     The petition for writ of habeas corpus (Doc. 1), challenging the judgment of conviction and sentence in *State of Florida v. Lyndal Kenneth Wilkins*, Santa Rosa County Circuit Court Case No. 2007-CF-1367, is **DENIED**.

3.  A certificate of appealability is **DENIED**.

4.  The clerk of court close this case file.

**DONE AND ORDERED** this 27th day of July, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**